THE BANK *v.* THE SHERIFF OF SEVIER COUNTY AND OTHERS.

SHERIFF'S RETURN.—*Insufficient, when.*

1. When a sheriff's return showed a levy not sufficient to satisfy the judgment, and gave no reason why a further levy was not made, held, an insufficient return.
2. SUPREME COURT PRACTICE.—Exceptions must be taken below, or they will not be noticed in the Supreme Court.

This was a motion against the Sheriff of Sevier County for an insufficient return to an execution. Judgment below was refused, and the plaintiff appealed to this Court. The return showed that the Sheriff had levied on certain property and taken a delivery bond. From the face of the bond it appeared that the property levied on was not of sufficient value to satisfy the judgment and the return failed to show why a further levy was not made.

Brown v. Brown.

McKINNEY, J. :

This return is clearly insufficient. But it is objected here that the Sheriff's bond produced below was merely certified by the clerk to be a true copy, without showing that it had ever been recorded. No exception on this point having been taken below, none can be here. In the cases where the failure to record has been held fatal, the fact was directly in issue and appeared affirmatively. The judgment below will be reversed, and the Court here proceeding to render such judgment as the Court below should have rendered, will give judgment against the Sheriff and his surities for the amount of the execution.(1)

*Judgment reversed.*

(1) Union Bank v. Barnes et al., 10 Humph. 244, 246.